# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2012

143805

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

ANTONIO JAVON CUMMINGS,
　　　　　Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143805
COA: 297809
Macomb CC: 2009-004557-FC

On order of the Court, the application for leave to appeal the August 23, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application by held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

t0227